UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ADONIAS NUNES ANDRADE JUNIOR,<br><br>Petitioner,<br>v.<br><br>DAVID WESLING, Boston Field Office Director, U.S. Immigrations and Customs Enforcement and Removal Operations (ICE/ERO), et al.,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 26-CV-14349-PBS |

# JUDGMENT

SARIS, J.

In accordance with the Court's Order dated September 28, 2026 (Docket No. 8), allowing Petitioner Adonias Nunes Andrade Junior's petition for writ of habeas corpus under 28 U.S.C. § 2241, it is hereby ORDERED that judgment is entered in favor of Petitioner.

By the Court,

Robert M. Farrell
Clerk of Court

/ s / Clarilde Karasek
Deputy Clerk

DATED: October 23, 2026